STANDARD SHIPBUILDING CORPORATION v. J. G. WHITE ENGINEERING CORPORATION. (Circuit Court of Appeals, Second Circuit. March 27, 1922.) No. 257. In Error to the District Court of the United States for the Southern District of New York. Action at law by the J. G. White Engineering Corporation against the Standard Shipbuilding Corporation. From a judgment for plaintiff, defendant brings error. Affirmed. William Hayward, U. S. Atty., of New York City (Henry M. Ward and John E. Walker, both of New York City, and Elmer Schlesinger, of Washington, D. C., of counsel), for plaintiff in error. Campbell, Harding & Pratt, of New York City, for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.